# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
6/10/2021 12:10:15 PM
Filing ID 12997479

Chad Heywood, SBN. 033712
Gary Porter, SBN
**EAST VALLEY INJURY LAW, PLC.**
288 N. Ironwood Drive, Suite 102
Apache Junction, Arizona  85120
(480) 542-5000 Phone
(480) 867-0152 Fax
Chad@eastvalleyinjury.law
Gary@eastvalleyinjury.law
Attorneys for Plaintiff

# IN THE SUPERIOR COURT

## STATE OF ARIZONA, COUNTY OF MARICOPA

| | |
|---|---|
| PAMELA BARTLETT, | Case No. CV2021-092743 |
| Plaintiff, | |
| v. | **COMPLAINT** |
| 99 CENTS ONLY STORES, LLC; JOHN DOES AND JANE DOES 1-5; ABC CORPORATIONS 1-5; XYZ COMPANIES 1-5, | |
| Defendants. | |

Plaintiff, by and through her attorneys undersigned, alleges as follows:

1. Plaintiff Pamela Bartlett, at all times relevant hereto, was and is a resident of Maricopa County, Arizona.

2. Upon information and belief Defendant 99 CENTS ONLY STORES, LLC is a California Limited Liability Corporation doing business in Maricopa County, Arizona.

1

3. Upon information and belief on or about October 17, 2019, Defendant 99 CENTS ONLY STORES, LLC was the property owner of 4433 E. Main Street, Mesa, AZ. 85205.

4. On or about October 17, 2019, Plaintiff was a going to patron Defendant 99 CENTS ONLY STORES LLC's store located at 4433 E. Main Street, Mesa, Arizona 85205.

5. On or about October 17, 2019, Plaintiff parked her vehicle in a handicapped parking spot in the parking lot in front of the Defendant 99 CENTS ONLY STORES LLC's store located at 4433 E. Main Street, Mesa, Arizona 85205.

6. On or about October 17, 2019, in the handicap parking spot referenced in paragraph 5 there was a cement parking block at the front of the handicap parking spot.

7. On or about October 17, 2019, there was a piece of rebar protruding out of the cement parking block reference in paragraph 6 where the concrete had started to break off of the concrete block.

8. On or about October 17, 2019, after Plaintiff parked her car she went around the front of her car and tripped on the rebar protruding from the cement block as referenced in paragraphs 6 and 7 and fell to the ground.

12. On or about October 17, 2019, the handicap parking spot referenced in paragraphs 5, 6, and 7 was located on the property of Defendant 99 CENTS ONLY STORES, LLC located at 4433 E. Main Street, Mesa, Arizona 85205.

13. On or about October 17, 2019, the concrete parking block in the handicap parking spot referenced in paragraphs 5, 6, and 7 was not properly maintained by Defendant 99 CENTS ONLY STORES, LLC.

15. On or about October 17, 2019, Defendant had a duty to maintain the concrete parking block in the handicap parking spot referenced in paragraphs 5, 6, and 7.

14. Defendant 99 CENTS ONLY STORES, LLC's failure to maintain the concrete parking block in the handicap parking spot referenced in paragraphs 5, 6, and 7 created and unreasonably dangerous condition for invitees.

15. Plaintiff Bartlett as a patron of Defendant 99 CENTS ONLY STORES, LLC's store was an invitee.

16. As a direct and proximate result of each and both the Defendant's negligence, Plaintiff suffered physical and emotional injuries in an amount to be proven at trial.

17. As a direct and proximate result of Defendant's negligence, Plaintiff incurred past and possible future medical expenses, loss of enjoyment of life, lost wages, a substantial limitation of her normal activities, interests and hobbies, and both past and future pain and suffering.

18. The above alleged damages, though presently not fully determined, will exceed the Superior Court's minimal jurisdictional amount.

19. Plaintiff anticipates this to be a Tier 2 matter.

**WHEREFORE**, Plaintiff prays for Judgment against the Defendants as follows:

A. For her special damages consistent with the proof of this action, to include medical expenses, past and future, and lost wages, in an amount to be proven at trial.

B. For her general damages consistent with the proof of this action, to include physical and mental pain and suffering and limitation of normal activities, including loss of enjoyment of life both past and future, in an amount to be proven at trial.

C. For interest on the judgment for her special damages at the maximum rate allowed by law from the date each item of special damages was incurred and for interest for her general damages from the date of jury verdict until paid at the maximum rate allowed by law.

D. For Plaintiff's fees and costs incurred herein.

E. For such other and further relief as to the Court may deem proper.

//

| | |
|---|---|
| DATED: <u>June 10, 2021</u> | **EAST VALLEY INJURY LAW, PLC.**<br><br>By: <u>*/s/ Chad Heywood*</u><br>     Chad Heywood, Esq.<br>     288 N. Ironwood Drive, Ste. 102<br>     Apache Junction, AZ 85120<br>     Attorneys for Plaintiff |

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
6/10/2021 12:10:15 PM
Filing ID 12997482

Person/Attorney Filing: <u>CHAD HEYWOOD</u>
Mailing Address: <u>1423 S Higley Road Ste. 113</u>
City, State, Zip Code: <u>MESA AZ 85206</u>
Phone Number: <u>4809830059</u>
E-Mail Address: <u>chad@eastvalleyinjury.law</u>
[☐] Representing Self, Without an Attorney
(If Attorney) State Bar Number: <u>033712 AZ</u>

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF <u>Maricopa</u>

PAMELA BARTLETT
Plaintiff(s),
v.
99 CENTS ONLY STORES, LLC
Defendant(s).

Case No. **CV2021-092743**

**SUMMONS**

To: <u>99 CENTS ONLY STORES, LLC</u>

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W Jefferson St Phoenix AZ 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation</u>.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to

the court by parties at least 3 working days in advance of a scheduled court proceeding.

    GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Maricopa

SIGNED AND SEALED this Date: *June 10, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SHANNON LASPALUTO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Chad Heywood
Riggs Ellsworth & Porter Plc
1423 S. Higley Rd. Suite 113
Mesa, AZ 85206
(480) 539-9400
Bar No. 033712



JUN 16 2021

CLERK OF THE SUPERIOR COURT
S. SZAKACS
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**PAMELA BARTLETT,**

Plaintiff,

vs.

**99 CENTS ONLY STORES, LLC,**

Defendant.

Case Number: CV2021-092743

**DECLARATION OF SERVICE BY A PRIVATE PROCESS SERVER**

Received by Rush Hour Legal Service to be served on **99 CENTS ONLY STORES, LLC**.

I, Russell D. Hoffman, do hereby affirm that on the **15th day of June, 2021 at 2:15 pm, I:**

served **99 CENTS ONLY STORES, LLC** by delivering a true copy of the **Summons; Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **CT CORPORATION SYSTEM Christine Napier (Agent) (Statutory Agent)** at the address of: **3800 N. Central Ave. Suite 460, Phoenix, AZ 85212**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 300, Hair: Brown, Glasses: N

I, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, Declare under penalty of perjury that the foregoing is true and correct and was executed on the above date.

Russell D. Hoffman
Process Server MC-7486

Rush Hour Legal Service
P.O. Box 30997
Mesa, AZ 85275
(480) 797-9483

Our Job Serial Number: RUL-2021001227
Ref: Bartlett; 8997-001; Chad Heywood
Service Fee: $75.00

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

