**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Bartlett, | No. CV-21-01227-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| 99 Cents Only Stores LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Case Management Order, Plaintiff was required to file and serve a Notice of Readiness for Final Pretrial Conference ("Notice") within seven days after the dispositive motions deadline if no dispositive motions were pending on that date. (Doc. 16 ¶ 14.) The dispositive motions deadline was November 18, 2022. (Doc. 29.) No dispositive motions were pending on that date, but Plaintiff failed to file the Notice. In fact, the docket reflects no activity since August 2022.

Plaintiff has been warned that failure to meet deadlines in the Court's Case Management Order without substantial justification "may result in sanctions, including dismissal of the action." (Doc. 16 ¶ 15.) "It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984). "When considering whether to dismiss a case for lack of prosecution, the district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic

sanctions." *Id.* The Ninth Circuit has affirmed dismissal without prejudice for a delay as short as four weeks, noting that "[a] relatively brief period of delay is sufficient to justify the district court's sending a litigant to the back of the line." *Id.* at 497.

Plaintiff must show cause why this case should not be dismissed without prejudice for failure to prosecute by filing a memorandum, not to exceed five pages, which discusses the status of this case, explains the reason for the delay, and addresses the *Ash* factors.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a memorandum by **January 4, 2023**, not to exceed five pages, showing cause why this case should not be dismissed for failure to prosecute.

Dated this 15th day of December, 2022.

Dominic W. Lanza
United States District Judge

- 2 -